1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>           Plaintiff,<br><br>     vs.<br><br>JASVINDER SINGH BHANGU dba A-1 LIQUOR, et al.,<br><br>           Defendants. | No.  1:14-cv-00687-AWI-BAM<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS JASVINDER SINGH BHANGU, BARINDER KAUR, AVNINDER S. MANN, HARDEEP SINGH TATLA, AND RAVINDER B. TATLA ONLY** (Fed. R. Civ. P. 41(a)(2));  ORDER |

WHEREAS, Plaintiff has settled this matter as to Defendants Jasvinder Singh Bhangu dba A-1 Liquor, Barinder Kaur dba A-1 Liquor, Avninder S. Mann dba A-1 Liquor, Hardeep Singh Tatla dba A-1 Liquor, and Ravinder B. Tatla dba A-1 Liquor (collectively the "A-1 Liquor Defendants") only;

WHEREAS, no counterclaim has been filed;

WHEREAS, the A-1 Defendants have not served or filed an answer or motion for summary judgment;

WHEREAS, Plaintiff has been unable to obtain the consent of Defendant Shields-Maroa Land Company, LLC, the only other party who has appeared in this action, to dismissal of the A-1 Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

NOW, THEREFORE, Plaintiff hereby respectfully requests that **only the A-1 Defendants** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: July 11, 2014                                    MOORE LAW FIRM, P.C.

                                                       */s/ Tanya E. Moore*
                                                       Tanya E. Moore
                                                       Attorneys for Plaintiff
                                                       Ronald Moore

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only Defendants Jasvinder Singh Bhangu dba A-1 Liquor, Barinder Kaur dba A-1 Liquor, Avninder S. Mann dba A-1 Liquor, Hardeep Singh Tatla dba A-1 Liquor, and Ravinder B. Tatla dba A-1 Liquor** be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   July 11, 2014                                 _____
                                                       SENIOR DISTRICT JUDGE