1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JASVINDER SINGH BHANGU dba A-1 LIQUOR, et al.,<br><br>　　　　　Defendants. | No.  1:14-cv-00687-AWI-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Shields-Maroa Land Company, LLC, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 7, 2014                        MOORE LAW FIRM, P.C.


                                             */s/ Tanya E. Moore*
                                             Tanya E. Moore
                                             Attorneys for Plaintiff,
                                             Ronald Moore



                                             /s/ Henry D. Nunez
                                             Henry D. Nunez
                                             Attorneys for Defendant,
                                             Shields-Maroa Land Company, LLC

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  October 17, 2014                     _____
                                             SENIOR DISTRICT JUDGE